THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY APOSTLES in the City of New York, Respondents, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

Reported below, 21 App. Div. 47.
(Argued June 6, 1898 ; decided June 7, 1898.)

MOTION to amend return on appeal from an order of the Appellate Division of the Supreme Court in the second

judicial department, entered in the office of the clerk of the county of New York October 7, 1897, reversing a judgment in favor of defendants' entered upon a decision of the court on trial at Special Term and granting a.new trial, by inserting a resettlement of the order of the Appellate Division, showing that the reversal was "a unanimous decision," and was granted both upon questions of fact and upon questions of law.

Also motion for leave to renew motion to dismiss the appeal. (See 155 N. Y. 675.)

Also motion to dismiss the appeal upon the grounds that it is taken from a unanimous decision of the Appellate Division, reversing the judgment of the court below both upon the facts and upon the law.

*James B. Ludlow* for motions.

*Charles A. Gardiner* opposed.

Motion to amend return granted on payment of defendants' disbursements on this appeal up to the time of the resettlement of the Appellate Division order, with leave to the defendants to withdraw the appeal within twenty days, without costs, but without prejudice to a renewal of the motion to dismiss the appeal, if the appeal be not withdrawn within twenty days after notice of the filing of this order.